### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIPTONS EQUIPMENT, LLC,        )<br>                                               )<br>         Plaintiff,                        )<br>                                               )<br>v.                                             )      Case No.  10-CV-675-TCK-FHM<br>                                               )<br>VERIFONE SYSTEMS, INC.,       )<br>                                               )<br>         Defendant.                     )<br>                                               ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tiptons Equipment, LLC ("Tiptons") and Defendant Verifone Systems, Inc. ("Verifone"), pursuant to FED. R. CIV. P. 41(a)(1), hereby file this Stipulation of Dismissal in the above-captioned matter.  Tiptons hereby dismisses all claims, counts, causes of action and requests for relief asserted by Tiptons in the above-captioned matter, with prejudice to the re-filing of same.

Respectfully submitted,

s/ Bryan J. Nowlin
Bryan J. Nowlin, OBA #21310
DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.
320 South Boston Avenue, Suite 500
Tulsa, OK 74103
(918) 582-1211
(918) 925-5290 (Facsimile)
jmccann@dsda.com
bnowlin@dsda.com

**ATTORNEYS FOR PLAINTIFF TIPTONS EQUIPMENT, LLC**

-And-

s/ Michael J. Gibbens_____
Michael J. Gibbens, OBA #3339
Michael R. Pacewicz, OBA #18794
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
michael.gibbens@crowedunlevy.com
michael.pacewicz@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT, VERIFONE SYSTEMS, INC.**